

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2020

No. 04-20-00550-CV

**CITY OF PREMONT, TEXAS,**
Appellant

v.

Jose Richard **GONZALEZ** and Elda E. Gonzalez,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 20-09-60606-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Appellant's second motion for an extension of time to file its brief is GRANTED. Appellant's brief is due on or before **February 22, 2021**.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court